Jan C. RUST, Plaintiff—Appellant,

v.

CARONDELET HEALTH CARE AND HEALTH NETWORK, aka: Carondelet—St. Joseph's Hospital Inc., Defendant—Appellee.

No. 05–15490.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 22, 2006.

Jan C. Rust, Tucson, AZ, pro se.

Diane L. Madenci, Esq., Lewis & Roca, LLP, Tucson, AZ, for Defendant—Appellee.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jan Rust appeals pro se from the district court's summary judgment dismissing her retaliation action against her former employer, Carondelet Health Network ("CHN"). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Porter v. California Dep't of Corrections*, 419 F.3d 885, 891 (9th Cir.2005), and we affirm.

The district court properly concluded that Rust failed to establish a prima facie claim of retaliation. *See id.* at 894. Although dissemination of an adverse employment reference can amount to an adverse employment action, Rust failed to submit sufficient evidence from which a reasonable juror could find that CHN gave Rust a negative employment reference. *See Hashimoto v. Dalton*, 118 F.3d 671, 674 (9th Cir.1997).

Rust's remaining contentions lack merit.

**AFFIRMED**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

